UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VIVIAN L. QUINTERO,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　　　Defendant. | Case No. C23-5309 RSM<br><br>**ORDER AMENDING SCHEDULING ORDER** |

Based on Plaintiff's Motion to Amend the Scheduling Order, and that Defendant's counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Plaintiff shall have up to and including August 30, 2023 to file the optional Reply Brief.

DATED this 14th day of August, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　[signature]
　　　　　　　　　　　　　　　　　　　　　　　　Ricardo S. Martinez
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER AMENDING SCHEDULING ORDER - 1